## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon. Anthony R. Mautone** |
| **v.** | : | **Violation Notice: H5010405** |
| **MONICA LOPEZ-MEZA** | : | **ORDER FOR DISMISSAL** |

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation H5010405 against defendant Monica Lopez-Meza, which was filed on January 13, 2015 charging her with possessing a knife, for the reason that prosecution of defendant Monica Lopez-Meza, is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice, and is pending the successful completion by defendant Monica Lopez-Meza of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.


_Paul J. Fishman /MET_

PAUL J. FISHMAN
United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.


HON. ANTHONY R. MAUTONE
United States Magistrate Judge


Dated: 6/25/15